**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ILUSTRATA SERVICOS DESIGN, LTDA.,

      Plaintiff,                         Case No.: 1:26-cv-06674

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTIFICATION OF AFFILIATES

The undersigned counsel for Plaintiff certifies the following:

1.      Under Fed. R. Civ. P. 7.1, ILUSTRATA SERVICOS DESIGN, LTDA. has no parent company and there is no publicly held corporation owning 5% or more of its stock.

2.      Under N.D. Ill. Local Rule 3.2, ILUSTRATA SERVICOS DESIGN, LTDA. has the following individual(s) or publicly held affiliate(s) owning 5% or more of ILUSTRATA SERVICOS DESIGN, LTDA: David Faraum da Silva and Bruno Rodrigues Silva.

DATED: June 4, 2026             Respectfully submitted,

                                       */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084/IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***