## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Ilustrata Servicos Design, Ltda.

                                       Plaintiff,

v.

                                       Case No.:
1:26−cv−06674

Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to Judge LaShonda A. Hunt. Upon review of the copyright infringement complaint [1] and other filings, the Court questions whether Plaintiff has sufficiently alleged personal jurisdiction over the defendants. To adequately plead personal jurisdiction, Plaintiff must sufficiently allege that the defendants actually sold the allegedly infringing product to a customer in Illinois. *See Liu v. Monthly*, 170 F.4th 1090, 1093–94 (7th Cir. 2026) (citing *Curry v. Revolution Lab'ys, LLC*, 949 F.3d 385, 400 (7th Cir. 2020)). Plaintiff's amended complaint alleges sales in this district, but those allegations are conclusory and Plaintiff did not provide proof of actual sales in this district. *See id.* (remanding with instructions to dismiss for lack of personal jurisdiction because plaintiff had not provided screenshot evidence of actual sales in Illinois). The Court also questions whether Plaintiff has established sufficient grounds for joinder of all 25 defendants under Fed. R. Civ. P. 20. *See Viking Arm AS v. P'ships & Unincorporated Ass'ns Identified on Schedule A,* No. 24 C 1566, 2024 WL 2953105 (N.D. Ill. June 6, 2024). Indeed, Plaintiff filed a form complaint with generic allegations about coordinated counterfeiting activity between 25 defendants without any details whatsoever, which arguably violates the requirements of Federal Rules of Civil Procedure 8 and 10. Accordingly, by 6/18/26, Plaintiff must file must file proof of actual sales in Illinois and either a memorandum explaining why joinder is proper or an amended complaint specifically naming and identifying each defendant being sued and setting forth with more than conclusory statements the alleged infringing activity. Failure to do so will result in the amended complaint being dismissed without prejudice and this case being closed. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.